**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| ROBERT WADE, a single person,<br><br>Plaintiff,<br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation; JANE and JOHN DOES 1-5,<br><br>Defendants. | No. 3:25-cv-05857-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEY FEES AND COSTS** |

## I. STIPULATION

THE PARTIES HEREBY STIPULATE and agree that the above-entitled matter has been fully compromised and settled between them in regards to Plaintiff ROBERT WADE, including any and all counterclaims, and the same may be dismissed with prejudice and without attorney fees and costs.

DATED this 21st day of October, 2026.

**PFAU COCHRAM VERTETIS AMALA PLLC**

Darrel L Cochran, WSBA# 22851
Patrick A. Brown, WSBA# 56627
Counsel for Plaintiff
909 a Street, Suite 700
Tacoma, WA 98402

DATED this 7th day of May, 2026.

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Michaela A. Banchero*
Rory W. Leid III, WSBA #25075
William L. Weber, WSBA #28867
Michaela A. Banchero, WSBA #62976
Counsel for Defendant
222 Etruria Street
Seattle, WA 98109

## II. ORDER

IN CONFORMITY with the foregoing Stipulation, the action between the Defendant GEICO ADVANTAGE INSURANCE COMPANY and Plaintiff ROBERT WADE, including any and all counterclaims, is dismissed with prejudice and without attorney fees and costs.

DATED this 21st day of October, 2026.

Honorable John H. Chun